IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 3:03cr90BS

SHUNTERRIA EDMOND WIGGINS

### ORDER GRANTING TRANSFER

THIS CAUSE having come on for consideration on the motion of the defendant, SHUNTERRIA EDMOND WIGGINS, to transfer the indictment which is currently pending against her from the docket of the Honorable William H. Barbour to the docket of Honorable Henry T. Wingate, and the Court being fully advised that the Assistant United States Attorney, Harold Brittain, has no objection to this motion, finds that said motion is well taken. It is, accordingly,

ORDERED AND ADJUDGED that defendant's request to transfer the indictment which is currently pending against her from the docket No.3:03cr90BS of Honorable William H. Barbour to docket No. 3:03cr30WS of Honorable Henry T. Wingate and finding that the defendant waives the provisions of the Speedy Trial Act, be and hereby is granted..

SO ORDERED this the 23rd day of January 2004..

_____
UNITED STATE DISTRICT JUDGE