IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                  CRIMINAL NO.     3:03cr90BS
                                                                                   3:03cr30WS

SHUNTERRIA EDMOND WIGGINS

ORDER CORRECTING DOCKET NUMBERING

On January 23, 2004, Judge William H. Barbour entered an Order Granting Transfer of Criminal No. 3:03cr90BS to this Court. The Clerk's office <u>merged</u> 3:03cr90BS with 3:03cr30WS. The cases should not have been merged. Each case is a separate and distinct case. The Clerk of Court is directed to separate the cases and docket any action taken since the time of the merger to the appropriate case.

SO ORDERED this the 14th day of July, 2006.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE